**RECEIVED**

APR - 6 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

**FAX**
Joseph F. Palazzolo
602 Greenwood Cut Off Rd.
Weatherford, TX. 76088
April 6, 2015

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
APR - 6 2015
DEBRA SPISAK, CLERK

Clerk of the Court
Second Court of Appeals
Tim Curry Criminal Justice Center
401 West Belknap, Suite 9000
Fort Worth, Texas 76196-0211

In The Matter Of:
**No. 02-14-00262 – CV**
**Fort Worth Independent School District**
                        *Appellant*
                    **v.**

**Joseph Palazzolo**

                        *Appellee*

RE: Motion to Withdraw of : Kristine Skocpol-Saleh, Texas Bar No. 24066713

Dear Clerk of the Court,

I have read the above referenced document filed by Kristine Skocpol-Saleh, Texas Bar No. 24066713 last night.

I herewith offer three of several letters (attached) I sent to Ms. Skocpol-Saleh beginning March 18, 2015 along with proof of service. I hope this will reaffirm my original letter and aid in the Court's decision making process.

I am in the process of securing appellate counsel who has practiced before this Court but will need time to retrieve files from Ms. Skocpol-Saleh. The Declaratory judgment related to this Appeal remains pending in District Court.

Thank you for your attention to this matter.

Joseph F. Palazzolo
jpalazzolo@charter.net
(817)341-0822 hm/fax
(817)597-0650 cell

**FAX**

Joseph F. Palazzolo
602 Greenwood Cut Off Rd.
Weatherford, TX. 76088
March 20, 2015

D. KRISTINE SKOCPOL-SALEH
500 E. Henry Street
Hamilton, Texas 76531
(469) 285-4926 (Telephone)
(877) 354-2117 (Fax)
Kristine@kristinelaw.com

**RE: Formal Termination**

Dear Kristine,

It is Friday morning. I have tried calling you this morning three (3) times per your instruction, to no avail.

I just learned that you had not even filed an entry of appearance with the Court of Appeals for the Second District of Texas until February 11, 2015.

I have contacted the Court Clerk for the Court of Appeals and have notified them that you have been **TERMINATED**.

The Clerk advised that you must file the notice of your termination with the Court along with the *Motion for Extension of Time or in the Alternative, Motion to Abate the Appeal of FWISD Based on Pendency of Underlying Declaratory Judgment* as I have repeatedly requested.

If you wish to withdraw from both the TOMA and Dansby cases, please advise.

You have violated our trust in you, the terms of our contract, and have put me at great risk.

I need to secure all of my legal files necessary for the Appeal (and other cases if necessary) as soon as possible. This should include the original documents, file and disk I gave you at our first meeting and which I have been requesting from you since October 2014.

A copy of this notice will be sent to the Court Clerk for the Court of Appeals.

Thank you for your attention to this matter.

**HP Officejet Pro 8500 A910 All-in-One series**

Fax Log for
Diamond P Ranch
(817) 341-0822
Mar 20 2015 11:09AM

<u>Last Transaction</u>

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Mar 20 | 11:07AM | Fax Sent | 18773542117 | 0:56<br>N/A | 1 | OK |

# FAX
### Joseph F. Palazzolo
602 Greenwood Cut Off Rd.
Weatherford, TX. 76088
March 20, 2015

D. KRISTINE SKOCPOL-SALEH
500 E. Henry Street
Hamilton, Texas 76531
(469) 285-4926 (Telephone)
(877) 354-2117 (Fax)
Kristine@kristinelaw.com

Dear Kristine,

It is Friday morning. Per your text last night I have attempted to phone and text you. You did not advise that you would be in Court. You advised you would be available.

I need to know if you are going to file the Motion for Extension of Time or in the Alternative, Motion to Abate the Appeal of FWISD Based on Pendency of Underlying Declaratory Judgment as I requested yesterday.

Please advise ASAP or I will be forced to notify the Appeals Court that I have terminated our agreement and will proceed with filing the BAR complaint.

Thank you for your attention to this matter.

Sincerely,

Joseph F. Palazzolo

**HP Officejet Pro 8500 A910 All-in-One series**

**Fax Log for**
Diamond P Ranch
(817) 341-0822
Mar 20 2015 8:52AM

### Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Mar 20 | 8:51AM | Fax Sent | 18773542117 | 0:47 N/A | 1 | OK |

**FAX**
Joseph F. Palazzolo
602 Greenwood Cut Off Rd.
Weatherford, TX. 76088
March 18, 2015


D. KRISTINE SKOCPOL-SALEH
500 E. Henry Street
Hamilton, Texas 76531
(469) 285-4926 (Telephone)
(877) 354-2117 (Fax)
Kristine@kristinelaw.com

Dear Kristine,

I just learned that the appeal brief is due from you on Monday March 23.

The Appellate Court has no motion for an extension. I need to know what is going on and I need an answer today.

Sincerely,

Joe

HP Officejet Pro 8500 A910 All-in-One series

**Fax Log for**
Diamond P Ranch
(817) 341-0822
Mar 18 2015 12:06PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| Mar 18 | 12:04PM | Fax Sent | 18773542117 | 1:10 N/A | 1 | OK |